OCTOBER 6, 1970

No. 43, Orig. OREGON *v.* MITCHELL, ATTORNEY GEN-ERAL. Motion for leave to file bill of complaint granted. Motion of New York City Board of Elections for leave to intervene in this case and in No. 44, Orig. [*infra*], denied. Motion of Youth Franchise Coalition et al. for leave to participate in oral argument as *amici curiae* in this case and in No. 46, Orig. [*infra*], denied.